**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEON SZYMANSKI, | ) | |
|     Plaintiff, | ) | 09 C 647 |
| v. | ) | |
| | ) | Judge Hibbler |
| CITICORP CREDIT SERVICES (USA), and | ) | Jury Demanded |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
|     Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that he has settled with Citicorp Credit Services (USA), and anticipates dismissing that defendant shortly.

Plaintiff also notifies the Court that he is in settlement talks with Experian Information Solutions, Inc.

Respectfully submitted,

/s/Alexander H. Burke

Certificate of Service

Alexander H. Burke certifies that this document has been served upon counsel for Experian through the ECF System for the Northern District of Illinois, and upon Andrew Moritz, VP and Associate General Counsel for Citigroup by email to andrew.moritz@citi.com on May 11, 2009.

/s/Alexander H. Burke